IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARTEK WINGO, </br>    Plaintiff, </br>v. </br>NIKE, INC., </br>    Defendant. | No. 2:17-cv-2798-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's *Pro Se* Complaint (ECF No. 1), filed November 1, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 43) filed April 8, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

April 8, 2020
Date